**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

UNITED STATES OF AMERICA    )
        )
      v.        )     CASE NO.: 1:11-CR-4-TLS
        )
JAMES WILLIAMS        )

**AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 26] filed on May 25, 2011. The Defendant has waived objection to

the Findings and Recommendation. The Court, being duly advised, adopts the Findings and

Recommendation [ECF No. 26] in its entirety and accepts the recommended disposition. Subject

to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the

plea of guilty to the offense charged in the Indictment is hereby accepted, and the Defendant is

adjudged guilty of such offense.

The Defendant shall appear for sentencing on Thursday, September 8, 2011, at 10:00 AM

before Judge Theresa L. Springmann. A telephone status conference is SET for Monday, August

29, 2011, at 1:30 PM to address potential sentencing issues. Any request for a sentence involving

a departure under the United States Sentencing Guidelines, or for a variance above or below a

Guidelines sentence pursuant to 18 U.S.C. § 3553(a), with the exception of matters raised

pursuant to §5K1.1 of the Guidelines, shall be communicated to the probation officer and

opposing counsel, in writing, within fourteen (14) days following initial disclosure of the

presentence report. Any sentencing memorandum addressing these or any other issues, including

requests for a departure based on § 5K1.1, shall be filed with the Court no later than seven (7)

days prior to the sentencing hearing.

SO ORDERED on June 14, 2011.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**

# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

UNITED STATES OF AMERICA,    )
                             )
    v.                       )    CAUSE:  1:11-CR-4-TLS
                             )
JAMES WILLIAMS               )

## NOTICE OF SENTENCING
## PRESENTENCE SCHEDULING NOTICE

The Defendant named above in this matter is hereby scheduled for sentencing on September 8, 2011, at 10:00 AM Fort Wayne time before Judge Theresa L. Springmann. The attention of the parties is directed to the Presentence Scheduling Notice below.

This case is further set for a Telephone Status Conference regarding sentencing issues set for August 29, 2011, at 1:30 PM Fort Wayne time before Judge Theresa L. Springmann. The Court will initiate the call.

| | |
|---|---|
| Date of Referral to Probation Officer: | June 10, 2011 |
| | (Date of Plea or Verdict) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | July 25, 2011 |
| | (35 Days Before Sentencing) |
| Counsel's Written Objections or Acknowledgment of No Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**. | |
| The Presentence Report Shall be Submitted to the Court and Disclosed to Counsel no Later Than: | August 19, 2011 |
| | (10 Days Before Sentencing) |
| Judgment and Sentencing Date: | August 29, 2011 |
| | (At Least 70 Days After Plea or Verdict) |